JAMES PHILLIP VAUGHNS, CSBN 124040
Law Offices of James P. Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, California 94611
Telephone: 510-583-9622
Fax: 510-886-7218
Email: vaughnslaw@aol.com

Counsel for Defendant
Timothy BUCHANAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY BUCHANAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 10-0353-DLJ <br><br> STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING |

The parties respectfully submit this Stipulation and Proposed Order to request a continuance of the Supervised Release Violation Hearing date in the above-referenced matter.

1. August 29, 2011, defendant BUCHANAN's state court criminal matter is scheduled for jury trial.

2. In large part, the allegations and issues at bar are identical to those to be determined during the state court trial.

3. Neither counsel for the Government, nor Mark Unalp, USPO, oppose the requested continuance.

CR 10-00018 PJH

1    IT IS SO STIPULATED.
2
3
4    DATED: August 18, 2011                        /s/
                                            _____
5                                           Jennifer Gaspar
                                            Assistant United States Attorney
6
7
8    DATED: August 18, 2011                        /s/
                                            _____
9                                           James Phillip Vaughns.
                                            Attorney for Defendant BUCHANAN
10
11
12   IT IS HEREBY ORDERED:
13
14   That a Supervised Release Violation hearing in this matter shall be heard on October 14, 2011, at
15   10:00 a.m.
16
17   DATED: August  19 , 2011
18
19                                          _____
20                                          HON. D. LOWELL JENSEN
                                            United States District Judge
21

CR 10-00018 PJH                                 2